THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUTHBERT EASTMAN, Appellant.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FRANCIS McTIERNAN, Appellant.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DE WITT T. HARRIS, Appellant, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP PRIORE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, et al., Respondents.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

DAVID SELIGMAN, Respondent, v. EDWARD J. GERLACH, Appellant.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur. [28 Misc 2d 632.]